UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOUIS CALVIN,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>P.D. BRAZELTON, Warden,<br><br>　　　　Respondent. | NO. ED CV 13-00735-VBF (AGR)<br><br>ORDER<br><br>Adopting the Report & Recommendation, Denying the Habeas Petition, and Dismissing the Action with Prejudice |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas corpus petition, the other records on file herein, and the Report and Recommendation ("R&R") of the Magistrate Judge. Petitioner has not filed objections to the R&R.

　　　　The R&R is **ADOPTED.** The habeas corpus petition is denied.

　　　　As required by Fed. R. Civ. P. 58(a), final judgment will be entered by separate document. This action is dismissed with prejudice.

DATED: April 16, 2015

　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*

　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　Senior United States District Judge