1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         CENTRAL DISTRICT OF CALIFORNIA

9

10   MANUEL LOUIS CALVIN,              )        NO. ED CV 13-00735-VBF (AGR)

11                  Petitioner,         )
                                        )        JUDGMENT
12        v.                            )
                                        )
13   P.D. BRAZELTON, Warden,            )
                                        )
14                  Respondent.         )
                                        )
15   _____   )

16        Pursuant to the Order Adopting the Report and Recommendation of the United

17   States Magistrate Judge issued concurrently herewith, final judgment is hereby

18   entered in favor of the respondent and against petitioner Manuel Louis Calvin.

19

20

21

22   DATED:  April 16, 2015          _____

23                                        VALERIE BAKER FAIRBANK
                                          Senior United States District Judge
24

25

26

27

28